No. 72–1704. PRUITT ET AL. *v*. SOUTH GWINNETT VENTURE ET AL. C. A. 5th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court. ■

No. 73–1188. WOHLGEMUTH, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. *v*. WILLIAMS ET AL. Appeal from D. C. W. D. Pa. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 73–985. WOOD *v*. ATKINSON. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 73–1218. PFEIFER ET AL. *v*. BOARD OF EDUCATION OF UPPER SANDUSKY EXEMPTED VILLAGE SCHOOL DISTRICT. Appeal from Ct. App. Ohio, Wyandot County, dismissed for want of substantial federal question.

No. 73–1252. NATIONAL UNION OF HOSPITAL & NURSING HOME EMPLOYEES, AFL–CIO, RWDSU, LOCAL 1199–W. VA., ET AL. *v*. BLUEFIELD SANITARIUM, INC. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.